PROB 12 (Rev. 11/1/2004)

FILED BY CLERK OF COURT

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. Kizshad Railando Henderson**

**Docket No. 0:00CR00239-002(ADM)**

**Petition on Supervised Release**

COMES NOW **DeeDee Thaisen**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Kizshad Railando Henderson** who was sentenced for the offense of Bank Robbery on February 15, 2001, by the Honorable Ann D. Montgomery, sitting in the court at Minneapolis, MN, who fixed the period of supervision at 5 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

Participation in a drug/alcohol treatment program
Mandatory drug testing
No firearms or other dangerous weapons
Restitution of $2,587

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

MANDATORY CONDITION: The defendant shall not commit another federal, state, or local crime.

On April 6, 2005, Mr. Henderson was cited by Minneapolis police for Loitering with an Open Bottle.

STANDARD CONDITION: The defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training or other acceptable reasons.

The defendant has failed to obtain employment since his release from custody on February 24, 2005.

SPECIAL CONDITION: The defendant shall pay any restitution that remains unpaid at the commencement of the term of supervised release.

Since his release from custody, the defendant has failed to make any restitution payment.

PRAYING THAT THE COURT WILL ORDER That conditions of supervision be modified to include the following.

The defendant shall abstain from the use of alcohol and other intoxicants.

The defendant shall participate for a period of 60 days in a home detention program which may include electronic monitoring. The defendant shall not be responsible for the costs of electronic monitoring.

SCANNED
4 2005
U.S. DISTRICT COURT MPLS

The defendant shall perform 20 hours of community service per week until employed as approved by the probation officer.

ORDER OF THE COURT

Considered and ordered this 2nd day of ~~April~~ May, 2005, and ordered filed and made a part of the records in the above case.

Honorable Ann D. Montgomery
U.S. District Judge

c: United States Sentencing Commission

I declare under penalty of perjury that the foregoing is true and correct.

DeeDee Thaisen
U.S. Probation Officer

Executed on April 28, 2005
Place Minneapolis