Prob 49

**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

United States v. Kizshad Railando Henderson

Docket No. 0:00CR00239-002(ADM)

## HEARING WAIVER

I, Kizshad Railando Henderson, have been advised and understand that I have a statutory right under Rule 32.1, F.R.Crim.P., to a hearing and assistance of counsel in connection with the proposed modification of the conditions of my supervision.

I hereby voluntarily waive my statutory right to such a hearing and to assistance of counsel in regard to the following modification of my supervision conditions:

The defendant shall abstain from the use of alcohol and other intoxicants.

The defendant shall participate for a period of 60 days in a home detention program which may include electronic monitoring. The defendant shall not be responsible for the costs of electronic monitoring.

The defendant shall perform 20 hours of community service per week until employed as approved by the probation officer.

Signed: [signature]
Kizshad Railando Henderson
Supervised Releasee

Witness: [signature]
DeeDee B. Thaisen
U.S. Probation Officer

Dated: 042705

SCANNED
4 2005
U.S. DISTRICT COURT MPLS