A0 442 (Rev. 5/93) Warrant for Arrest

# UNITED STATES DISTRICT COURT

## District of Minnesota

UNITED STATES OF AMERICA

V.

Kizshad Railando Henderson

## WARRANT FOR ARREST

CASE NUMBER: **CR 00-239 (2) ADM**

0541 - 0525 - 1115 - D

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest: Kizshad Railando Henderson

and bring him or her forthwith to the nearest Magistrate Judge to answer an Order of the Court charging him or her with:

Violation of Supervised Release

Ordered by: Ann D. Montgomery, United States District Court Judge.

Jackie Ellingson

(By) Jackie Ellingson, Deputy Clerk

May 25, 2005 at Mpls, MN

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at ___________

Date Received: ________________________ Date of Arrest: ______________________

Name and Title of Arresting Officer

Signature of Arresting Officer

ARRESTED ON 5-31-05
ARRESTED BY USMS-MN
U.S. MARSHAL
DISTRICT OF MINNESOTA
BY [signature]

SCANNED
JUN - 1 2005
U.S. DISTRICT COURT MPLS

criminal\warrant.frm

DC Modified 12/08/04