**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

UNITED STATES OF AMERICA,

Plaintiff,

v.

Kizshad Railando Henderson (02),

Defendant.

**COURT MINUTES - CRIMINAL**
BEFORE: Susan Richard Nelson
U.S. Magistrate Judge

Case No: CR 00-239 ADM
Date: June 2, 2005
Court Reporter: None
Tape Number: 2005-439-246-278
Time Commenced: 2:15 p.m.
Time Concluded: 2:20 p.m.
Time in Court: 5 Minutes

____ **PRELIMINARY HRG ONLY** ____ **DETENTION HRG ONLY**

T **PRELIMINARY REVOCATION/DETENTION HRG** _____ **REMOVAL HRG**

APPEARANCES:

**Plaintiff**: Tricia Tingle
Assistant U.S. Attorney

**Defendant:** Lyonel Norris
T FPD 9 CJA 9 Retained T Appointed

Interpreter: NA // English

On 9 Indictment 9 Information 9 Complaint Violation of 9 Pre-trial Release T **Supervised Release**

9 Charges from other District ________________________________________________

T Deft Ordered Detained - Govt to submit proposed order 9 Bond Continued 9 Moot Currently Srvg Sentence

Bond set in the amount of $____________________ with conditions, see Order Setting Conditions of Release.

9 Deft bound over to District Court of Minnesota
9 Deft removed to charging district and is ordered to appear before ________________on__________________.

9 Removal Order to be Issued 9 **No** Removal Order to be Issued 9 Commitment to Another District to be Issued

Additional Information: **Defendant waives preliminary revocation and detention hearings. Final Revocation hearing is 6/21/05 at 10:00 a.m. before Judge Ann D. Montgomery.**

s/Joan Flood

Signature of Judicial Assistant