**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# REVOCATION HEARING

UNITED STATES OF AMERICA,
Plaintiff,
v.

KIZSHAD RAILANDO HENDERSON,
Defendant.

## COURT MINUTES - CRIMINAL

BEFORE: ANN D. MONTGOMERY
U.S. District Judge

Case No: 00-239(2)(ADM/AJB)
Date: June 6, 2005
Court Reporter: Tim Willette
Time Commenced: 10:30 a.m.
Time Concluded: 11:00 a.m.
Time in Court: 30 Minutes

## APPEARANCES:

Plaintiff: John Marti, Assistant U.S. Attorney
Defendant: Lyonel Norris

## PROCEEDINGS:

**Revocation of Supervised Release - Final Hearing.**
Defendant admits allegations and waives his right to an evidentiary hearing.

## ORDERED:

Defendant released on same terms and conditions of supervised release with the exception that he reside for a period of 120 days in a community corrections center instead of home confinement.

Defendant remanded to custody of the U.S. Marshal.

Supervised Release continued for a term to expire on the original expiration date of February 23, 2010.

s/Gertie Simon
Courtroom Deputy