USM

Released to Probation

AO 245D (Rev. 12/03) Sheet 1 - Judgment in a Criminal Case for Revocations

# United States District Court

**District of Minnesota**

2005 JUN -8 P 3:43

UNITED STATES OF AMERICA
v.
**KIZSHAD RAILANDO HENDERSON**

**JUDGMENT IN A CRIMINAL CASE**
(For Revocation of Probation)
Case Number: **00-239(02)(ADM)**
USM Number: **09513-041**
Social Security Number: **7163**
Date of Birth: **1980**

RECEIVED
U.S. MARSHAL
ST. PAUL MINN

**Lyonel Norris**
Defendant's Attorney

RECEIVED
05 JUN 15 PM 3:01
CLERK, U.S. DIST. COURT
MINNEAPOLIS, MN

**THE DEFENDANT:**

[X] admitted guilt to violation of conditions of the term of supervision.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| Mandatory Condition<br>Standard Condition #8 | The defendant submitted urine samples that tested positive for the use of cocaine. | 5-6, 11, 20, & 23-2005 |
| Mandatory Condition | The defendant was cited by Minneapolis police for loitering with an open bottle. | 4-6-2005 |
| Standard Condition #5 | The defendant has failed to obtain employment since his release from custody. | 2-24-2005 |
| Special Condition #4 | The defendant has failed to make a single restitution payment since his release from custody. | 2-24-2005 |

The defendant is sentenced as provided in pages 2 through 3 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of any material change in economic circumstances.

**June 6, 2005**
Date of Imposition of Judgment

s/Ann D. Montgomery
Signature of Judge

**ANN D. MONTGOMERY**, United States District Judge
Name & Title of Judge

**June 6, 2005**
Date

A true printed copy in 3 sheet(s)
of the electronic record filed on 6-7-05
in the United States District Court
for the District of Minnesota.
CERTIFIED, 6-8, 2005.
RICHARD D. SLETTEN
BY [signature]
Deputy Clerk

SCANNED
JUN 15 2005
U.S. DISTRICT COURT MPLS

DEFENDANT: KIZSHAD RAILANDO HENDERSON
CASE NUMBER: 00-239(02)(ADM)

## SUPERVISED RELEASE

The defendant is hereby sentenced to supervised release for a term of **until the original expiration date of February 23, 2010**.

The defendant shall not commit another federal, state, or local crime.

The defendant shall not unlawfully possess a controlled substance. The defendant must refrain from any unlawful use of a controlled substance. The defendant shall submit one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter as determined by the court.

[X] The defendant shall not possess a firearm, destructive device, or any other dangerous weapon. (Check, if applicable.)

[X] The defendant shall cooperate in the collection of DNA as directed by the probation officer. (Check, if applicable.)

If this Judgment imposes a fine or restitution, it is a condition of probation that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant shall comply with the standard conditions that have been adopted by this Court as well as any additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without permission of the court or probation officer;
2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;
3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4) the defendant shall support his or her dependants and meet other family responsibilities;
5) the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training or other acceptable reasons;
6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;
7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;
8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9) the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;
10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;
11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court; and
13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

DEFENDANT: KIZSHAD RAILANDO HENDERSON
CASE NUMBER: 00-239(02)(ADM)

## ADDITIONAL SUPERVISED RELEASE TERMS

a The defendant shall not commit any crimes, federal, state, or local.

b The defendant shall abide by all mandatory and standard conditions of supervised release recommended by the Sentencing Commission.

c The defendant shall refrain from possessing a firearm, destructive device, or other dangerous weapon.

d The defendant shall reside for a period of 120 days in a community corrections center as approved by the probation officer and shall observe the rules of that facility. It is recommended that the defendant reside at the Volunteers of America in Minneapolis.

e All other conditions of supervised release previously imposed remain in effect except the condition of home confinement is no longer required.