PROB 12 (Rev. 11/1/2004)

FILED BY CLERK OF COURT

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. Kizshad Railando Henderson**

**Docket No. 0:00CR00239-002-ADM**

**Petition on Supervised Release**

COMES NOW **Lester T. Harris**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Kizshad Railando Henderson** who was sentenced for Armed Bank Robbery and Aiding and Abetting on February 15, 2001, by the Honorable Ann D. Montgomery, who fixed the period of supervision at 5 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

Mandatory drug testing, no firearms or dangerous weapons, participation in drug and alcohol treatment, and restitution totaling $2,587.

Alcohol abstinence, 60 days home detention, and 20 hours of community service per week while unemployed. (Modified on May 2, 2005)

120 days at the community corrections center. The sixty days of home detention condition was removed. (Modified on June 6, 2005)

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

MANDATORY CONDITION: The defendant shall not illegally possess a controlled substance.

On July 18 and 25, 2005, Mr. Henderson submitted urine samples that tested positive for marijuana.

SPECIAL CONDITION: The defendant shall abstain from the use of alcohol and other intoxicants.

On July 25, 2005, Mr. Henderson submitted to breathalyser tests which registered alcohol readings of .084 and .092, respectively.

SPECIAL CONDITION: The defendant shall reside for a period of 120 days in a community corrections center as approved by the probation officer and shall observe the rules of that facility.

On July 26, 2005, Mr. Henderson was negatively discharged from the community corrections center due to alcohol usage, failure to obtain employment, possession of a cell phone without permission, and numerous late returns to the facility.

SCANNED
AUG 0 2 2005
U.S. DISTRICT COURT MPLS

PRAYING THAT THE COURT WILL ORDER That a summons be issued and the defendant be brought before the Court to show cause why supervision should not be revoked.

**[The rationale for a summons is contained in Section 5 of the violation report.]**

ORDER OF THE COURT

Considered and ordered this 2nd day of August, 2005, and ordered filed and made a part of the records in the above case.

Honorable Ann D. Montgomery
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Lester T. Harris
U.S. Probation Officer

Executed on August 1, 2005
Place Minneapolis