**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**FIRST APPEARANCE**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KIZSHAD RAILANDO HENDERSON,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | COURTROOM MINUTES - CRIMINAL<br>BEFORE: JANIE S. MAYERON<br>U.S. Magistrate Judge<br><br>Case No: 00-239(2) (ADM)<br>Date: August 16, 2005<br>Court Reporter:<br>Tape Number: 114-1875/2110<br>Time Commenced: 11:10 a.m.<br>Time Concluded: 11:15 a.m.<br>Time in Court: 5 Minutes |

APPEARANCES:

Plaintiff: Tracy Braun, Assistant U.S. Attorney
Defendant: Kate Menendez, Assistant Federal Public Defender

☐ FPD ☐ CJA ☐ Retained ☒ To Be Appointed

Interpreter / Language: NA

Date Charges Filed: 8/1/05 Offense: Violation of Supervised Release

☒ Waived Reading of Charges ☒ Advised of Rights

☒ Government moves for detention:
Motion is ☒ granted, temporary detention ordered

Next appearance date is 8/19/05 at 10:30 a.m. before U.S. Magistrate Judge Janie S. Mayeron for:

☒ Detention Hearing ☒ Preliminary Revocation Hearing

Additional Information:

s/Katie Haagenson
Judicial Assistant