UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
CRIMINAL NO. 00-239

UNITED STATES OF AMERICA, )
)
Plaintiff, ) REASSIGNMENT OF
) CRIMINAL CASE
v. )
)
KIZSHAD RAILANDO HENDERSON, )
)
Defendant. )

The following criminal case has been reassigned as follows:

Criminal No.

00-239

Defendant Name

Kizshad Railando Henderson

Remove AUSA

James E. Lackner

Add AUSA

Erica H. MacDonald

Dated: August 16, 2005

THOMAS B. HEFFELFINGER
United States Attorney

s/Erica H. MacDonald
BY: ERICA H. MACDONALD
Assistant U.S. Attorney