AO 83 (Rev. 12/85) Summons In A Criminal Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

UNITED STATES OF AMERICA

## SUMMONS IN A CRIMINAL CASE

v.

Case Number: CR 00-239(2) ADM

Kizshad Railando Henderson

RECEIVED
05 AUG 17 AM 11:
CLERK, U.S. DIST. COURT
MINNEAPOLIS

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

Place: **Courtroom 628B**
**316 North Robert Street**
**St. Paul, MN 55101**

Before: **Honorable Magistrate Judge Janie S. Mayeron**

On: **8/16/05 at 11:00 a.m.**

To answer a(n) Order of the Court.

Brief description of offense: Violation of Supervised Release

Jackie Ellingson
Jackie Ellingson, Deputy Clerk

Dated: August 2, 2005

RECEIVED
AUG 3 3 42 PM '05
US MARSHALS SERVICE
MPLS., MN

SCANNED
AUG 17 2005
U.S. DISTRICT COURT MPLS

AO 83 (Rev. 12/85) Summons In A Criminal Case

## RETURN OF SERVICE

Service was made by me: [1] Kristina M. Haven Date: 8/15/05

Check one of the boxes below to indicate appropriate method of service

☒ Service personally upon the defendant at: at Treatment Center

☐ Left summons at the defendant's dwelling house of usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address.
Name of person with whom the summons was left: ______

☐ Returned unexecuted: ______

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on 8/15/05
Date

Al Garber
Name of United States Marshal

Kristina M Haven
(by) Deputy United States Marshal

Remarks:
1st Endeavor. 8/11/05 at 225 PM. Not home. 1 DUSM. 5 miles round trip. ½ hour. KH
2nd Endeavor 8/15/05 Served at 12:15 PM at Treatment Center.
1 DUSM. 6 miles round trip ½ hour. KH

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Criminal Procedure