**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **COURT MINUTES - CRIMINAL** |
| | ) | BEFORE: JANIE S. MAYERON |
| Plaintiff, | ) | U.S. Magistrate Judge |
| | ) | |
| v. | ) | Case No: 00-239(2) (ADM) |
| | ) | Date: August 19, 2005 |
| KIZSHAD RAILANDO HENDERSON, | ) | Court Reporter: NA |
| | ) | Tape Number: 115/1004-1129 |
| Defendant. | ) | Time Commenced: 10:30 a.m. |
| | ) | Time Concluded: 10:45 a.m. |
| | ) | Time in Court: 15 Minutes |

☐ **PRELIMINARY HEARING**
☐ **BOND REVOCATION HEARING**
☐ **REMOVAL HEARING**
☒ **DETENTION HEARING**
☒ **PRELIMINARY REVOCATION HEARING**

APPEARANCES:

Plaintiff: Erica MacDonald, Assistant U.S. Attorney
Defendant: Lyonel Norris

Interpreter / Language: NA

☒ Violation of Supervised Release

✗ Defendant to be released on current supervised conditions and additional conditions on Monday, August 22, 2005.

☐ Defendant Ordered Detained - Government to Submit proposed Order

✗ Counsel to contact District Court Judge ADM=s Chambers for Final Revocation Hearing

Additional Information:

s/ Tammy Schemmel
Law Clerk