AO 98 (Rev. 8/85)Appearance Bond

# UNITED STATES DISTRICT COURT

## District of Minnesota

UNITED STATES OF AMERICA

vs

## Appearance Bond

Kizshad Railando Henderson

CR 00-239 ADM

Non-surety: I, the undersigned defendant acknowledge that I am bound to pay to the United States of America the sum of $25,000.00 for personal recognizance.

For conditions of bond, see order setting conditions of release by JSM on August 19, 2005/defendant given copy.

The conditions of this bond are that the defendant Kizshad Railando Henderson is to appear before this court and at such other places as the defendant may be required to appear, in accordance with any and all orders and directions relating to the defendant's appearance in this case, including appearance for violation of a condition of defendant's release as may be ordered or notified by this court or any other United States District to which the defendant may be held to answer or the cause transferred. The defendant is to abide by any judgment entered in such matter by surrendering to serve any sentence imposed and obeying any order or direction in connection with such judgment.

It is agreed and understood that this is a continuing bond (including any proceeding on appeal or review) which shall continue until such time as the undersigned are exonerated.

If the defendant appears as ordered or notified and otherwise obeys and performs the foregoing conditions of this bond, then this bond is to be void, but if the defendant fails to obey or perform any of these conditions, payment of the amount of this bond shall be due forthwith. Forfeiture of this bond for any breach of its conditions may be declared by any United States District having cognizance of the above entitled matter at the time of such breach and if the bond is forfeited and if the forfeiture is not set aside or remitted, judgment may be entered upon motion in such United States District Court against each debtor jointly and severally for the amount above stated, together with interest and costs, and execution may be issued and payment secured as provided by the Federal Rules of Criminal Procedure and other laws of the United States.

This bond is signed on August 19, 2005 at St. Paul, Minnesota.

Kizshad Henderson

Defendant's Signature

Kizshad Railando Henderson

SCANNED
AUG 19 2005
U.S. DISTRICT COURT ST. PAUL

Signed and acknowledged before me on August 19, 2005.

RICHARD D. SLETTEN, Clerk of Court

Approved: [signature]

Judicial Officer

Filed August 19, 2005

RICHARD D. SLETTEN, CLERK

Deputy Clerk: ____________