**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# REVOCATION HEARING

UNITED STATES OF AMERICA,
Plaintiff,
v.

KIZSHAD RAILANDO HENDERSON,
Defendant.

## COURT MINUTES - CRIMINAL

BEFORE: Ann D. Montgomery
U.S. District Judge

Case No: 00-239(2)(ADM/AJB)
Date: September 23, 2005
Court Reporter: Tim Willette
Time Commenced: 10:00 a.m.
Time Concluded: 10:20 a.m.
Time in Court: 20 Minutes

## APPEARANCES:

Plaintiff: Lisa Kirkpatrick, Assistant U.S. Attorney
Defendant: Virginia Villa

## PROCEEDINGS:

**Revocation of Supervised Release - Final Hearing.** Defendant admits allegations and has waived his right to a hearing.

## ORDERED:

Defendant is sentenced to 6 months in the custody of the BOP. When defendant is released from custody he shall be placed on supervised release for the remainder of the original term imposed with special conditions as outlined in the Judgment and Probation/Commitment Order.

Defendant remanded to custody of the U.S. Marshal.

s/Gertie Simon
Courtroom Deputy