# United States District Court

**District of Minnesota**

UNITED STATES OF AMERICA
v.
**KIZSHAD RAILANDO HENDERSON**

**JUDGMENT IN A CRIMINAL CASE**
(For **Revocation** of Supervised Release)
Case Number: **00-239(2)(ADM/AJB)**
USM Number: **09513-041**
Social Security Number: **7163**
Date of Birth: **1980**

**Virginia Villa**
Defendant's Attorney

**THE DEFENDANT:**

[**X**] admitted guilt to violation of conditions of the term of supervision.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| Mandatory Condition | Defendant submitted urine samples that tested positive for marijuana. | 7/18/05 & 7/25/05 |
| Special Condition | Defendant submitted breathalyser tests which registered alcohol readings of .084 & .092. | 7/25/05 |
| Special Condition | Defendant was negatively discharged from the community corrections center. | 7/26/05 |

The defendant is sentenced as provided in pages 2 through 4 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of any material change in economic circumstances.

**September 23, 2005**
Date of Imposition of Judgment

s/Ann D. Montgomery
Signature of Judge

**ANN D. MONTGOMERY**, United States District Judge
Name & Title of Judge

**September 23, 2005**
Date

AO 245D (Rev. 12/03) Sheet 2 - Imprisonment

DEFENDANT: KIZSHAD RAILANDO HENDERSON
CASE NUMBER: 00-239(2)(ADM/AJB)

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **6 months**.

[] The court makes the following recommendations to the Bureau of Prisons:

[**X**] The defendant is remanded to the custody of the United States Marshal.

# RETURN

I have executed this judgment as follows:

________________________________________

________________________________________

________________________________________

Defendant delivered on__________________ to __________________________

at ______________________ , with a certified copy of this judgment.

________________________
United States Marshal

By ________________________
Deputy United States Marshal

DEFENDANT: KIZSHAD RAILANDO HENDERSON
CASE NUMBER: 00-239(2)(ADM/AJB)

# SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for the remainder of the term that was originally imposed when defendant was sentenced on February 15, 2001.

The defendant shall not commit another federal, state or local crime.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter as determined by the court.

[] The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse. (Check, if applicable.)

[**X**] The defendant shall not possess a firearm, destructive device, or any other dangerous weapon. (Check, if applicable.)

[**X**] The defendant shall cooperate in the collection of DNA as directed by the probation officer. (Check, if applicable.)

If this Judgment imposes a fine or restitution, it is a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

The defendant must comply with the standard conditions that have been adopted by this court as well as any additional conditions on the attached page.

# STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without permission of the court or probation officer;
2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;
3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4) the defendant shall support his or her dependants and meet other family responsibilities;
5) the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training or other acceptable reasons;
6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;
7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;
8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9) the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;
10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;
11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court; and
13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

DEFENDANT: KIZSHAD RAILANDO HENDERSON
CASE NUMBER: 00-239(2)(ADM/AJB)

# SPECIAL CONDITIONS OF SUPERVISION

a The defendant shall not commit any crimes, federal, state, or local.

b The defendant shall abide by the standard conditions of supervised release recommended by the Sentencing Commission.

c The defendant shall refrain from possessing a firearm, destructive device, or other dangerous weapon.

d The defendant shall participate in a program for drug and/or alcohol abuse at the direction of the Probation Office. That program shall be inpatient treatment to commence immediately upon his release from the custody of the Bureau of Prisons, and may include counseling, or a support group.