**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# FIRST APPEARANCE

UNITED STATES OF AMERICA, )
) Plaintiff,
)
v. )
**Kizshad Railando Henderson** )
) Defendant.

COURTROOM MINUTES - CRIMINAL
BEFORE: Magistrate Judge Noel

Case No: 00-239-02 ADM
Date: August 3, 2006
Court Reporter:
Tape Number:
Time Commenced: 3:00 p.m.
Time Concluded: 3:05 p.m.
Time in Court: 5 Minutes

## APPEARANCES:

Plaintiff: Andrew Winter, Assistant U. S. Attorney
Defendant: Andrew Mohring
☒ FPD ☐ CJA ☐ Retained ☒ To be appointed

Interpreter / Language: n/a
Date Charges Filed: 8/1/06 Offense:
☒ Charges read into record ☐ Waived Reading of Charges ☒ Advised of Rights

on ☐ Indictment ☐ Information ☐ Complaint Violation of ☐ Pre-trial Release ☒ Supervised Release

☐ **Charges from other District**

☒ Government moves for detention.
Motion is ☒ granted, temporary detention ordered ☐ denied ☐ moot, defendant serving sentence.

**Bond set in the amount of $ unsecured with conditions, see Order Setting Conditions of Release.**
Next appearance date is **8/7/06** at **2:00 p.m.** before U.S. Magistrate Judge Noel for:
☒ detention hrg ☐ preliminary hrg ☐ arraignment ☐ removal hrg ☒ preliminary revocation

☐ Detention hearing waived ☐ Detention hearing waived ☐ Removal hearing waived

☐ Defendant also arraigned at this hearing, see separate arraignment minutes.

Additional Information:

s/*Cathy Orlando*
Judicial Assistant