**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>**Kizshad Railando Henderson,**<br><br>Defendant. | **COURT MINUTES - CRIMINAL**<br>BEFORE: Franklin L. Noel<br>U.S. Magistrate Judge |

| | |
|---|---|
| Case No: | 00-239-02 ADM |
| Date: | August 7, 2006 |
| Court Reporter: | Kristine Mousseau for first part |
| Tape Number: | second part taped |
| Time Commenced: | 2:00 p.m. |
| Time Concluded: | 2:25 and<br>3:15 - 3:30 p.m. |
| Time in Court: | 40 Minutes total |

☐ **PRELIMINARY HRG ONLY** ☐ **DETENTION HRG ONLY**
☒ **PRELIMINARY/DETENTION HRG** ☐ **REMOVAL HRG**
Time in Court Prelim/Det: 10/30

APPEARANCES:

Plaintiff: Thomas Hollenhorst, Assistant U.S. Attorney
Defendant: Andrew Mohring
☒ FPD ☐ CJA ☐ Retained ☐ Appointed

Interpreter / Language:

**True Name if different from charging instrument:** [True Name if diff]
☐ **Parties ordered to file stipulation or proposed order for name change**
☐ **Clerk of Court is directed to change the name to:** [Clerk chg nm to]

On ☐ Indictment ☐ Information ☐ Complaint Violation of ☐ **Pre-trial Release** ☒ **Supervised Release**

☐ **Charges from other District** [Frm Another District]

**called, sworn, examined & testified on behalf of the government.**

☐ Defts Ordered Detained - Govt to submit proposed order ☐ Bond Continued ☐ Moot Currently Srvg Sentence
or
☒ Bond set in the amount of $**25,000 unsecured** with conditions, see Order Setting Conditions of Release.

☒ Deft waived his right to a preliminary revocation hearing and he is bound over to District Court of Minnesota for final revocation hearing scheduled for August 11, 2006, at 11:00 a.m. before Judge Montgomery

Additional Information: Prior to the Court ordering defendant's release, the Court had ordered defendant detained. Upon further review of the rule, the Court ordered Defendant back in court and bond was set.

s/Cathy Orlando
Signature of Judicial Assistant