A0 442 (Rev. 5/93) Warrant for Arrest

# UNITED STATES DISTRICT COURT

## District of Minnesota

RECEIVED
AUG 10 2006
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

UNITED STATES OF AMERICA

v.

Kizshad Railando Henderson

## WARRANT FOR ARREST

CASE NUMBER: **CR 00-239(2) ADM/AJB**

0641 - 0801 - 1276 - 0

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest: Kizshad Railando Henderson

and bring him or her forthwith to the nearest Magistrate Judge to answer an Kizshad Railando Henderson charging him or her with:

Violation of Supervised Release

Ordered by: Ann D. Montgomery, United States District Court Judge.

(By) Jackie Ellingson, Deputy Clerk

August 1, 2006 at Mpls, MN

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at ___________

Date Received: ______________________ Date of Arrest: ____________________

Name and Title of Arresting Officer

Signature of Arresting Officer

US MARSHALS SERVICE
RECEIVED
MPLS MN
2006 AUG -1 P 3: 23

SCANNED
AUG 10 2006
U.S. DISTRICT COURT MPLS

ARRESTED ON 8-2-06
ARRESTED BY Mpls PD
US MARSHAL
DISTRICT OF MINNESOTA
BY