**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

# REVOCATION HEARING

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br><br>KIZSHAD RAILANDO HENDERSON,<br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **COURT MINUTES - CRIMINAL**<br>BEFORE: Ann D. Montgomery<br>U.S. District Judge<br><br>Case No: 00-239(ADM/AJB)<br>Date: August 11, 2006<br>Court Reporter: Tim Willette<br>Time Commenced: 11:00 a.m.<br>Time Concluded: 11:30 a.m.<br>Time in Court: 30 Minutes |

## APPEARANCES:

Plaintiff: James Lackner, Assistant U.S. Attorney
Defendant: Andrew Mohring

## PROCEEDINGS:

**Revocation of Supervised Release - Final Hearing.**
Defendant admits allegations and waives his right to an evidentiary hearing.

## ORDERED:

Defendant released on same terms and conditions of supervised release and he shall turn himself in to the U.S. Marshal on Monday, August 14, 2006, for service of his sentence.

Defendant is sentenced to 8 months in the custody of BOP with no supervision to follow.

Written order to be issued.

s/Gertie Simon
Courtroom Deputy