AO 245D (Rev. 12/03) Sheet 1 - Judgment in a Criminal Case for Revocations

# United States District Court

## District of Minnesota

UNITED STATES OF AMERICA
v.
**KIZSHAD RAILANDO HENDERSON**

**JUDGMENT IN A CRIMINAL CASE**
(For **Revocation** of Supervised Release)
Case Number: **00-239(2)(ADM/AJB)**
USM Number: **09513-041**
Social Security Number: **7163**
Date of Birth: **1980**

**Andrew Mohring**
Defendant's Attorney

**THE DEFENDANT:**

[**X**] admitted guilt to violation of conditions of the term of supervision.

| **Violation Number** | **Nature of Violation** |
|---|---|
| Standard Condition No. 5 | Defendant failed to obtain employment and failed to provide documentation relating to job search. |
| Mandatory Condition | Defendant tested positive for cocaine and THC. |
| Mandatory Condition | Defendant tested positive for use of alcohol. |
| Special Condition | Defendant failed to make any restitution payments. |
| Special Condition | Defendant was discharged for treatment prior to graduation for alcohol and drugs. |
| Standard Condition No. 3 | Defendant failed to follow instructions of the probation officer by missing appointments and failing to remain at his reported residence. |

The defendant is sentenced as provided on page 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of any material change in economic circumstances.

**August 11, 2006**
Date of Imposition of Judgment

s/Ann D. Montgomery
Signature of Judge

**ANN D. MONTGOMERY**, United States District Judge
Name & Title of Judge

August 11, 2006
Date

DEFENDANT: KIZSHAD RAILANDO HENDERSON
CASE NUMBER: 00-239(2)(ADM/AJB)

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **8 months with no supervision to follow**.

[**X**] The defendant shall surrender to the United States Marshal for this district.
[**X**] on Monday, August 14, 2006.

# RETURN

I have executed this judgment as follows:

______________________________

______________________________

______________________________

Defendant delivered on ______________ to ______________

at ______________ , with a certified copy of this judgment.

______________________________
United States Marshal

By ______________________________
Deputy United States Marshal